# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| DEBORAH LAUFER,<br><br>    Plaintiff,<br><br>v.<br><br>HARMONY GROUP CANTON LLC,<br>*a Georgia Corporation*,<br><br>    Defendant. | 1:19-CV-05691-ELR |

# ORDER

Plaintiff Deborah Laufer filed a Notice of Settlement indicating that the Parties have reached a settlement in principle. [Doc. 19]. For good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The Parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the Parties should promptly move to reopen the case.

**SO ORDERED**, this 28th day of April, 2020.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia